# TERRANCE WALKER

518 Duong 3/2 , Dist 10, Ward 14, HCMC Vietnam
Phone: 775-971-8679
walkerbillion@gmail.com

Molly C. Dwyer Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939                    May 13, 2026

**Re:** *Walker v. Intelli-heart Services, Inc.*, No. 26-2424

Dear Ms. Dwyer,

Pursuant to FRAP 28(j), Appellant submits supplemental authorities regarding the abrogation of state-law evidentiary gates by the ***Berk v. Choy***, 146 S. Ct. 546 (2026) mandate (OB 18-35). These authorities demonstrate a rapid, multi-circuit dismantling of state procedural gates:

**The Second Circuit (District) and The Eighth Circuit (District):** In *United States v. LABQ Clinical Diagnostics, LLC*, No. 1:22-cv-00751, **Doc. 577** (S.D.N.Y. May 11, 2026), and *Hill v. Independence County*, No. 3:26-cv-00062 (E.D. Ark. Apr. 29, 2026) (Link)  held that under ***Berk***, Rule 8  "makes it relatively easy for plaintiffs to subject defendants to discovery",  "even for claims that are likely to fail." (Link)

**The Third Circuit:** In ***DiFraia v. Ransom***, No. 24-2673 (3d Cir. Mar. 31, 2026), the court held that ***Berk***  abrogated circuit precedent (*Liggon-Redding*) which previously required state certificates-of-merit in federal court. (Link)

**The Sixth Circuit:** In ***Oldnar Corp. v. Sanyo N. Am. Corp.***, No. 25-1336/1589, 2026 WL 1546287  (6th Cir. May 12, 2026), the court explicitly cited ***Berk*** to

1

uphold the district court's refusal to apply a state-law procedural rule for attorney fees. (Link)

**The Tenth Circuit:** *McCormick v. HRM Resources, LLC*, 2026 WL 1284532 (D. Colo. May 4, 2026), held that previous Tenth Circuit guidance on state-law pleading gates "no longer provides solid guidance" after *Berk*. (Link)

**The Ninth Circuit (District):** *Nelson v. Mansfield*, No. 3:25-cv-03237 (S.D. Cal. Apr. 14, 2026), held that under *Berk* Federal Rule 8 "prescribes the information a plaintiff must provide about the merits of his claim at the outset of litigation." (Link)

Bloomberg Law in "**California Anti-SLAPP Law Takes a Hit**" (May 6, 2026) (Link) identified the **Ninth Circuit's** anti-SLAPP framework as the next logical target for abrogation.

**The Supreme Court (Gopher Media BIO):** The Brief in Opposition filed May 11, 2026, in *Gopher Media LLC v. Melone* (No. 25-1067), asserted that under *Berk* the Ninth Circuit's anti-SLAPP framework is no longer valid. (Link)

Respectfully submitted,

/s/ Terrance Walker

signed, Terrance Walker